UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RSE MARKETS, INC.,

                    Plaintiff,

-against-

FORGE UNDERWRITING LIMITED,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2021_
```

21 Civ. 4488 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated August 27, 2021, and September 3, 2021. ECF Nos. 46, 54. Accordingly:

1. Defendant's request for leave to cross-move for partial summary judgment is GRANTED;

2. By **September 28, 2021**, Defendant shall file its cross-motion for partial summary judgment; and

3. By **October 19, 2021**, Plaintiff shall file its opposition papers.

SO ORDERED.

Dated: September 7, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge