UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RSE MARKETS, INC.,

        Plaintiff,

    -against-

FORGE UNDERWRITING LIMITED,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/23/2021
```

21-CV-4488 (AT) (BCM)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

        For the reasons discussed during today's settlement conference, it is hereby ORDERED that, no later than **December 3, 2021**, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, and marked "Confidential Material for Use Only at Settlement Conference," advising the Court as to whether and when the parties believe it would be productive to convene a follow-up settlement conference. **Do not file the confidential settlement letter on ECF.**

Dated: New York, New York
        November 23, 2021

                                    **SO ORDERED.**

                                    _____
                                    **BARBARA MOSES**
                                    **UNITED STATES MAGISTRATE JUDGE**